UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY MARCHAND, | NO. CV-06-0152-AMJ |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO STAY CURRENT COURT DEADLINES AND LITIGATION SCHEDULE |
| v. | |
| GRANT COUNTY, a municipal corporation, et al., | |
| Defendants. | |

On July 6, 2007, the parties filed a joint motion to suspend the current court deadlines. (Ct. Rec. 90). Terri D. Sloyer and Breean L. Beggs represent Plaintiff and Michael E. McFarland, Jr., Dennis L. Fluegge and George Fearing represent Defendants.

Having reviewed the parties' joint motion and supporting papers, **IT IS HEREBY ORDERED** that the joint motion to suspend the current court deadlines (**Ct. Rec. 90**) is **GRANTED**.

Defendant City of Moses Lake filed a motion for summary judgment on April 17, 2007. (Ct. Rec. 55). That matter was noted for hearing, without oral argument, on June 15, 2007 (Ct. Rec. 70) and is currently pending before the Court.

On June 25, 2007, Plaintiff filed a motion for partial summary judgment against Defendant City of Moses Lake. (Ct. Rec. 85). That motion is noted for hearing, without oral argument, on July 26, 2007. (Ct. Rec. 86).

ORDER - 1

1    Based on the stipulation of the parties, the hearings on
2 these motions are **VACATED**.  **IT IS ORDERED** that the motions (Ct.
3 Rec. 55; Ct. Rec. 85) are **stayed** pending the completion of private
4 mediation in this matter, provided, however, the stay shall not
5 extend beyond six months of the date of this order without further
6 order of the Court.

7    The telephonic status conference previously set for September
8 7, 2007 (Ct. Rec. 67) shall remain as scheduled in order to keep
9 the Court apprised of the parties' mediation efforts.  Therefore,
10 a status conference will be held telephonically on **September 7,**
11 **2007 at 2:00 p.m.** by the parties calling the Court conference
12 line: (509) 573-6934.

13    **IT IS ORDERED** that all other dates set forth in the Court's
14 May 4, 2007 amended litigation schedule (Ct. Rec. 67) are **VACATED**.
15 The litigation schedule shall be reset, if necessary, following
16 the private mediation of this matter.

17    The parties shall report to the Court whether this matter has
18 been resolved immediately following the mediation.

19    **IT IS SO ORDERED.**  The District Court Executive is directed
20 to enter this order and forward copies to counsel for Plaintiffs
21 and Defendants.

22    DATED this    11th    day of July, 2007.

                                S/Cynthia Imbrogno
                               CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

ORDER - 2