AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RODNEY MARCHAND,

                          Plaintiff,

v.

GRANT COUNTY, a municipal corporation, et al.,

                          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0152-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment shall be entered for PLAINTIFF and against

Defendant, City of Moses Lake, in the amount of $7,000.00, plus reasonable attorney's fees and costs.

| | |
|---|---|
| April 1, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pam Howard |
| | *(By) Deputy Clerk* |
| | Pam Howard |