HONORABLE MAGISTRATE JUDGE JAMES P. HUTTON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY MARCHAND, a single man;<br><br>Plaintiffs,<br><br>vs.<br><br>GRANT COUNTY, et al,<br><br>Defendants. | Case No.  CV-06-152-JPH<br><br>ORDER OF DISMISSAL |

## **ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come on for hearing without oral argument on the stipulation of Plaintiff Rodney Marchand and Defendants Grant County, Kerri Adler, Frank DeTrolio, Lowell Allred, Edmond Hendrickson and Kathleen Holloway, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, that this action, as it relates to the claims and causes of action of Plaintiff Rodney Marchand against Defendants Grant County, Kerri Adler, Frank DeTrolio, Lowell Allred, Edmond Hendrickson and Kathleen

Holloway be and the same is hereby dismissed with prejudice and without costs to any party.

DATED this  16th  day of    June    , 2008.


                                            *S/ James P. Hutton*
                                        HONORABLE JAMES P. HUTTON

ORDER OF DISMISSAL Page 2